AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the

**FILED**
FEB 26 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States of America )
v. )
Armando Ramon Ojeda )   Case No.
)
)   1:19-mj-00045-BAM
)
)
_____ )
Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 16, 2007__ in the county of __Tulare__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1073 | Unlawful Flight to Avoid Prosecution |

This criminal complaint is based on these facts:
See Affidavit, attached hereto and incorporated herein by this reference.

☑ Continued on the attached sheet.

_____
Complainant's signature

India R. Jones, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 2/26/19

_____
Judge's signature

City and state: Fresno, California

Barbara A. McAuliffe, U.S. Magistrate Judge
Printed name and title

# **AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT AND ISSUANCE OF ARREST WARRANT**

## **INTRODUCTION**

I, India Jones, having been first duly sworn, do hereby depose and state as follows:

1.  I am a Special Agent of the Federal Bureau of Investigation (FBI), and have been so employed since August 2011. I am currently assigned to the violent crime squad of the Sacramento Division, Fresno Resident Agency. While employed by the FBI, I have investigated federal criminal violations related to child exploitation and child pornography, in addition to other violent crime matters. Specifically, I have assisted and participated in investigations involving white collar criminals, national security matters, violent gangs, kidnappings, and fugitive cases, amongst others. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws.

## **NATURE OF AFFIDAVIT**

2.  This affidavit is being submitted in support of a criminal complaint charging Armando Ramon Ojeda with Unlawful Flight to Avoid Prosecution, in violation of Title 18, United States Code, Section 1073, and the issuance of an arrest warrant.[1] Because this affidavit is being submitted for the limited purpose of securing authorization of a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation.

3.  The facts set forth in this affidavit are based on the following: my own personal knowledge; knowledge obtained from other individuals during my participation in this

---

[1] 18 U.S.C. § 1073 provides, *inter alia*:

> Whoever moves or travels in interstate or foreign commerce with intent . . . to avoid prosecution . . . under the laws of the place from which he flees, for a crime, or an attempt to commit a crime, punishable by death or which is a felony under the laws of the place from which the fugitive flee . . . shall be [guilty of a felony].

1

investigation, including other law enforcement officers; interviews of witnesses; my review of records related to this investigation; communications with others who have knowledge of the events and circumstances described herein; and information gained through my training and experience.

## FACTS IN SUPPORT OF PROBABLE CAUSE DETERMINATION

4. On September 16, 2007,[2] the Porterville Police Department (PPD), Porterville, California, was dispatched to Sunrise Handy Mart, 415 W. Poplar Avenue in Porterville in response to a double homicide. The homicides occurred after a brief verbal and physical altercation ensued between one of the victims and Armando Ramon Ojeda. Ojeda, at some point, returned to his vehicle after the altercation and obtained a small, dark-colored handgun and began walking towards the victims. Ojeda came within approximately seven feet of the victims and began firing; striking and killing both victims. Witness reports and latent print examinations confirmed that Armando Ramon Ojeda was responsible for the homicides.

5. On October 2, 2007, a criminal complaint was filed in Tulare County Superior Court of California charging Ojeda with two counts of Special Allegation-Multiple Murder, in violation of Penal Code Section 187(a); Possession of an assault weapon, in violation of Penal Code Section 12280(B); and two counts of Unlawful Firearm Activity, in violation of Penal Code Section 12021(c)(1); three counts of Special Allegation – Street Terrorism, in violation of Penal Code Section 186.22(b)(1)(a) and two counts of Special Allegation – Street Terrorism, in violation of Penal Code Section 186.22(b)(4); and two counts of Special Allegations – Personal and Intentional Discharge of a Firearm, in violation of Penal Code Section 12022.53(d). On October 3, 2007, Judge Glade F. Roper of the Tulare County Superior Court of California issued an arrest warrant for Ojeda in connection with the charges.

6. On February 13, 2013, PPD Sergeant R. Carrillo telephonically spoke with an individual referenced herein as Confidential Witness-1 ("CW1"). CW1 advised that he had

---

[2] Any reference to dates and times herein are to approximate dates and times.

2

recently returned to California from visiting family in Mexico. While CW1 was in Mexico, he encountered Ojeda in Villa Morelos, Michoacán, Mexico, where he is residing with a brother, Juan. CW1 identified not only Armando Ojeda, but his brother Ramiro Ojeda, who is also wanted in Porterville, California for similar charges. CW1 identified the older of the two brothers as Ramiro and said he has been in Mexico the longest. According to CW1, the two brothers, Armando and Ramiro, have been in the same city and residence for quite some time. The brothers are well known and it is common knowledge that they are on the run for crimes they committed in the United States.

7. As of approximately the early part of 2018, members of the United States Marshals Fugitive Task Force had made numerous attempts to locate the Ojeda Brothers in Mexico; however, they were unable to determine whether or not the brothers were there since it appeared they were not using their true names. As such, the United States Marshals were no longer actively pursuing the lead.

8. More recent investigative activities have identified brothers of both Ramiro and Armando Ojeda, located in and around a small town called Villa Morelos, located in Michoacán, Mexico. It is believed that Ramiro and Armando are residing with relatives in that area.

## CONCLUSION

8. Based on the foregoing, I submit there is probable cause to find that Armando Ramon Ojeda has fled the United States to avoid prosecution for the state charges, as described above, in violation of Title 18, United States Code, Section 1073.

INDIA JONES
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 26 day of February, 2019.

BARBARA A. McAULIFFE
United States Magistrate Judge

3

Reviewed and approved as to form this 20th day of February 2019.

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney