PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Apr 03, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>RAMIRO OJEDA,<br><br>DEFENDANT. | CASE NO. 1:19-MJ-00044-BAM<br><br>GOVERNMENT MOTION TO DISMISS AND PROPOSED ORDER |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO RAMON OJEDA,<br><br>Defendant. | CASE NO. 1:19-MJ-00045-BAM<br><br>GOVERNMENT MOTION TO DISMISS AND PROPOSED ORDER |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matters at the request of the local prosecuting officials. Although the local prosecuting officials have outstanding homicide warrants for the above-named individuals, the local officials have declined to pursue legal process necessary to extradite them from Mexico.

In light thereof, the government moves to dismiss without prejudice the complaints in the above-captioned matters, which allege a violation of 18 U.S.C. § 1073, unlawful flight to avoid prosecution. It

is further requested that the arrest warrants be recalled.

Dated: April 2, 2024

PHILLIP A. TALBERT
United States Attorney

By: */s/ KAREN A. ESCOBAR*
KAREN A. ESCOBAR
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED this __3__ day of April 2024.

_____
ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE